DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>　GAUDENCIO and MARIA D HERNANDEZ<br>　10891 COMSTOCK AVE.<br>　SONOMA, CA 95476<br><br>　###-##-4396  ###-##-6206<br>　　　　　　　Debtor(s). | Case No.: 10-1-0568 AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:　　04/05/2010
Time:　　10:00 AM
Place:　　Office of the United States Trustee
　　　　　777 Sonoma Ave., First Floor, #116
　　　　　Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:　　05/17/2010
Time:　　1:30 PM
Place:　　United States Bankruptcy Court
　　　　　99 South E Street
　　　　　Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee requests copies of the Debtors' bank account statements for the six-month period prior to the filing of this case.

2. Trustee requests an adversary proceeding or motion to avoid the lien of GMAC Mtg be filed and resolved prior to confirmation.

3. Trustee requests Mr. Hernandez's payment advices for the last six months prior to filing the bankruptcy, or in the alternative, provide a declaration that details why Mr. Hernandez cannot provide the six months of payment advices.

4. Trustee requests a *<u>signed</u>* copy of the Debtors' 2009 Federal Income Tax return.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: March 5, 2010　　　　　　　　　　　DAVID BURCHARD_____
　　　　　　　　　　　　　　　　　　　　　DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, RYAN C. WOOD, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| GAUDENCIO and MARIA D HERNANDEZ<br>10891 COMSTOCK AVE.<br>SONOMA, CA 95476 | EVAN LIVINGSTONE<br>LAW OFFICES OF EVAN LIVINGSTONE<br>182 FARMER'S LANE 100A<br>SANTA ROSA, CA 95405 |
| United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA   94104 | |

Dated: March 5, 2010                                          RYAN C. WOOD
                                                              RYAN C. WOOD