1 | DAVID E. MCALLISTER (CA SBN 185831)
MELODIE A. WHITSON (CA SBN 253992)
2 | PITE DUNCAN, LLP

**Signed: June 02, 2010**

4375 JUTLAND DRIVE, SUITE 200
3 | P.O. BOX 17933
SAN DIEGO, CA 92177-0933
4 | Telephone: (858) 750-7600
Facsimile: (619) 590-1385

_____
5 | E-mail: mwhitson@piteduncan.com

ALAN JAROSLOVSKY
**U.S. Bankruptcy Judge**

10 | Attorneys for US BANK AS INDENTURE TRUSTEE OF SERIES 2006-HE1

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

| In re | Case No. 10-10568 |
|---|---|
| GAUDENCIO HERNANDEZ AND MARIA D HERNANDEZ, | Chapter 13 |
| Debtor(s). | |
| | **ORDER ON STIPULATION RE: AVOIDANCE OF LIEN** |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number 16, is hereby approved and made an order of the court.

**\*\*END OF ORDER\*\***

- 1 -

HernandezOrder (2).wpd